# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1867
Lower Tribunal No. 2021-CA-007403-O

_____

NEREIDA CAMACHO,

Appellant,

v.

WILMINGTON SAVINGS FUND SOCIETY FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE, and GANNAM, JJ., concur.


Celi S. Aguilar, of CSA Law Firm, Miami, for Appellant.

Melisa Manganelli, of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED